FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 12 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20-1219 JB |
| vs. | ) 18 U.S.C. §§ 1153 and 1111: Second Degree Murder. |
| **BLAINE MORGAN,** | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about March 29, 2020, in McKinley County, in the District of New Mexico, the defendant, **BLAINE MORGAN**, an Indian, unlawfully killed John Doe with malice aforethought, in that the defendant killed John Doe by stabbing John Doe with a knife.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

5/11/2020 2:56 PM