AO 442 (Rev. 11/11) Arrest Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 0 9 2020

MITCHELL R. ELFERS
CLERK /mn

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BLAINE MORGAN | ) Case No. Cr 20-1219 JB | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Blaine Morgan
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1111 and 1153: Second-degree murder in Indian Country

Date:  05/12/2020

*Issuing officer's signature*

City and state:  Albuquerque, NM

for Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/12/2020 , and the person was arrested on *(date)* 7/6/2020
at *(city and state)* CROWNPOINT, NEW MEXICO

Date:  7/8/2020

David Loos
*Arresting officer's signature*

DAVID LOOS - SPECIAL AGENT
*Printed name and title*