# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Detention hearing

| | | | |
|---|---|---|---|
| Case Number: | 20cr1219 JB | UNITED STATES vs. Morgan | |
| Hearing Date: | 7/13/2020 | Time In and Out: | 10:30 a.m./10:51 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | ABQ Zoom |
| Defendant: | Blaine Morgan | Defendant's Counsel: | Hans Peter Erickson |
| AUSA: | Jennifer Rozzoni | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | | |

### Proceedings

- ☐ Defendant waives Detention Hearing
- ☒ Defendant requests release on home detention
- ☒ Government objects

### Custody Status

- ☒ Defendant will remain in custody
- ☐ Conditions

### Other Ruling

☒ Counsel enter their appearances. Defendant waives personal presence at hearing/Court accepts Defendant's waiver. Defense argues for Defendant's release on home confinement; Government responds and objects to Defendant's release; Defense counsel replies. Court addresses USPPO; Officer Day responds. Court findings.