# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Motion hearing

| | | | |
|---|---|---|---|
| Case Number: | 20cr1219 JB | UNITED STATES vs. Morgan | |
| Hearing Date: | 7/31/2020 | Time In and Out: | 9:39 a.m./10:23 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Zoom ABQ |
| Defendant: | Blaine Morgan | Defendant's Counsel: | Hans Peter Erickson |
| AUSA: | Jennifer Rozzoni | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | | |

### Proceedings

Court calls case; counsel enter their appearances. Defendant waives appearance at hearing/Court accepts Defendant's waiver. Defense counsel proffers for Defendant's release. AUSA responds. Court questions Pretrial Services Officer Sandra Day. Officer Day responds. Court findings. There being nothing further, court is adjourned.

### Custody Status

☐ Defendant
☒ Conditions of release imposed

### Other Ruling

☐