FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 3 1 2020

MITCHELL R. ELFERS
CLERK /mn

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                              No. CR 20-1219 JB

BLAINE MORGAN,

    Defendant.

## ORDER OF RELEASE

THIS MATTER having come before the Court by counsel for the defendant upon the motion to review and amendment of detention order (Doc. 23), to which the United States responded in opposition. The Court has considered the positions of the parties, and in addition to reviewing the Pretrial Services Report Addendum (Doc. 20) has carefully considered the criminal complaint, indictment, as well as the transcript of the July 13, 2020 detention hearing, and takes notice of updated information from Pretrial Services, specifically concerning Pretrial Services' ability to monitor and supervise the Defendant at his residence. Being fully informed in the premises, the Court finds that the motion is well-taken and conditions of release can be set to guarantee the future appearance of the Defendant and the safety of the community. Accordingly, the Court grants the release of Mr. Morgan, under conditions.

IT IS THEREFORE ORDERED that the Defendant, Blaine Morgan, is released from the custody of the United States Marshal. Mr. Morgan must reside at his residence under conditions of supervision, as set forth in the Order Setting Conditions of Release.

                                                                                                                    _____
                                                                                                                    JOHN F. ROBBENHAAR
                                                                                                                    United States Magistrate Judge