IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BLAINE MORGAN, )<br>)<br>Defendant. ) | Cr. No. 20-01219 JB |

### INFORMATION

The Acting United States Attorney charges:

On or about March 29, 2020, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **BLAINE MORGAN**, an Indian, unlawfully killed John Doe, in that the defendant killed John Doe while committing a lawful act, which might produce death, in an unlawful manner and without due caution and circumspection.

In violation of 18 U.S.C. §§ 1153 and 1112.

FRED J. FEDERICI
Acting United States Attorney

*/s/ Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico  87102
(505) 346-7274