# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | CR 20-1219 JB | USA vs.: | Morgan |
| Date: | 9/24/2021 | Name of Deft: | Blaine Morgan |

| | |
|---|---|
| Before the Honorable: | James O. Browning |
| Time In/Out: | 2:32 pm – 3:03 pm |
| Total Time in Court (for JS10): | 31 minutes |
| Clerk: | Lauren Rotonda |
| Court Reporter: | J. Bean |
| AUSA: | Jennifer Rozzoni |
| Defendant's Counsel: | Hans Peters Erickson |
| Sentencing in: | Albuquerque |
| Interpreter: | n/a |
| Probation Officer: | Robert Sanchez |
| Interpreter Sworn? | Yes ☐  No ☐ |

| Convicted on: | **X** Plea | ☐ Verdict | As to: | **X** Information | ☐ Superseding Indictment |
|---|---|---|---|---|---|
| If Plea: | ☐ Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 5/21/21 | PSR: **X** Not Disputed | ☐ Disputed | **X** Courts adopts PSR Findings | |
| Evidentiary Hrg: | **X** Not Needed | ☐ Needed | Exceptions to PSR: | | |

## SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | 18 months-Court recommends placement at halfway house as soon as possible |
| Supervised Release: | 3 years |
| Probation: | |
| REC | ☐ 500-Hour Drug Program   ☐ BOP Sex Offender Program   ☐ Other: |
| ICE | ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence   ☐ ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | No re-entry without legal authorization | ☐ | Home confinement for ___ months ___ days |
| ☐ | Comply with ICE laws and regulation | **X** | Community service for **48** hours during supervised release. |
| **X** | Participate in/successfully complete subst abuse program/testing | ☐ | Reside halfway house ___ months ___ days |
| **X** | Participate in/successfully complete mental health program | ☐ | Register as sex offender |
| ☐ | Refrain from use/possession of alcohol/intoxicants | ☐ | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | ☐ | Possess no sexual material |
| ☐ | No contact with victim(s) and/or co-defendant(s) | ☐ | No computer with access to online services |
| ☐ | No entering or loitering near victim's residence | ☐ | No contact with children under 18 years |
| ☐ | Provide financial information | ☐ | No volunteering where children supervised |
| ☐ | Waive right of confidentiality and allow the treatment provider to release treatment records | ☐ | Restricted from occupation with access to children |
| ☐ | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | ☐ | No loitering within 100 feet of school yards |
| **X** | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | ☐ | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| **X** OTHER: | You shall waive your right of confidentiality.  You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year.  You must not use or possess alcohol- Testing shall not exceed more than 4 test(s) per day.  You shall waive your right of confidentiality-mental health.  You must not communicate, or otherwise interact, with the victim's family. | | |

| | | | |
|---|---|---|---|
| Fine: | $ 0.00 | Restitution: $ | 1,759.35 The restitution will be paid in full or monthly in the amount of $50 or 10 percent of the defendant's monthly earnings, whichever is greater |
| SPA: | $ 100.00 (100 per count) | Payment Schedule: | **X** Due Immediately   ☐ Waived |

|   | OTHER: | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | Mr. Erickson requests placement at halfway house as quickly as possible.<br>Defendant addresses Court.<br>Victim's sister addresses Court. | | |